**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**


**SANFORD LAMAR BAILEY, JR.**                                    **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO.3:05-CV-266BS**

**CITY OF RIDGELAND, MISSISSIPPI,
GENE MCGEE, INDIVIDUALLY AND
MIKE CROOK, INDIVIDUALLY**                              **DEFENDANTS**


<u>**FINAL JUDGMENT**</u>

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Opinion and Order entered in this case on this day, this action is hereby dismissed, with prejudice.

SO ORDERED this the 2ND day of June, 2006.

<u>s/ William H. Barbour, Jr.</u>
UNITED STATES DISTRICT JUDGE


blj